UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-32575 |
|---|---|
| EARL C LONG | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985410**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 11 | CHECKSMART<br>% EBERLY MCMAHON HOCHSCHEID<br>3700 EASTERN AVE<br>CINCINNATI, OH  45226 | 6.36 |
| 6/ 9 | CASHLAND CORP OFFICES<br>36 W THIRD ST<br>DAYTON, OH  45402 | 6.58 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2009

Certificate of Service 05-32575

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

EARL C LONG
2042 LEO STREET
DAYTON, OH 45404

CLAY L WOODS
1344 WOODMAN DRIVE
SUITE F
DAYTON, OH 45432

(9.1)
CASHLAND CORP OFFICES
36 W THIRD ST
DAYTON, OH 45402

(11.1)
CHECKSMART
% EBERLY MCMAHON HOCHSCHEID
3700 EASTERN AVE
CINCINNATI, OH 45226

(28.1n)
HILARY B. BONIAL
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX 75243

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    cs